UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEE ALLEN, JR., | No. 2:14-cv-1958 AC P |
| Plaintiff, | |
| v. | ORDER |
| P. SILVA, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis. Plaintiff has consented to the jurisdiction of the undersigned Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). See ECF No. 6.

When plaintiff was released from prison in December 2014, his application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(b) was pending. See ECF No. 9. However, because plaintiff has now been released from prison, he must submit a non-prisoner application to proceed in forma pauperis or pay the filing fee ($400.00), before this case can proceed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days after the filing of this order, plaintiff must pay the filing fee in full OR submit a non-prisoner application to proceed in forma pauperis, included herewith.

2. The Clerk of the Court is directed to send plaintiff, together with service of this order, a

1 | blank in forma pauperis application used by non-prisoners.

2 |     3. Failure of plaintiff to timely comply with this order will result in the dismissal of this
3 | action without prejudice.
4 | DATED: May 5, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE