UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEE ALLEN, | No. 2:14-cv-1958 AC P |
| Plaintiff, | |
| v. | ORDER |
| P. SILVA, et al., | |
| Defendants. | |

Plaintiff is a county jail inmate who is currently housed at Sacramento County Main Jail. This case has been closed since August 28, 2015. See ECF Nos. 14, 15.

On February 8, 2021, plaintiff filed a letter which was docketed in this action. See ECF No. 16. At that time, plaintiff was housed at the Rio Consumnes Correctional Center ("RCCC"). See ECF No. 16 at 1. The letter alleges that plaintiff's rights and those of other inmates housed at RCCC were being violated by the way that jail officials were managing the COVID-19 pandemic there. See generally ECF No. 16.

Because this case is closed, plaintiff's letter and any claims alleged in it cannot be addressed. However, to the extent plaintiff may wish to file a civil rights complaint, the Clerk of Court will be directed to send plaintiff the proper form as a one-time courtesy. In addition, plaintiff is informed that because this case has been closed, any future documents filed under this case number will be disregarded.

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall:

1. Serve this order, and a copy of this district's Civil Rights Complaint By A Prisoner form, on plaintiff at his address of record, and

2. DISREGARD any future documents filed in this case.

DATED: May 20, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE